650 A.2d 225

Diana L. ANTHONY

v.

WARTSILA DIESEL, INC. et al.

No. 50, Sept. Term, 1994.

Court of Appeals of Maryland.

Dec. 5, 1994.

Michael J. Jacobs (Miles & Stockbridge, on brief), Easton, Douglas M. Topolski (Miles & Stockbridge, on brief), Baltimore, for petitioner.

Mary E. Pivec (Maurice Baskin, Venable, Baetjer, and Howard, on brief), Baltimore, for respondents.

Argued Before MURPHY, C.J., and ELDRIDGE, RODOWSKY, CHASANOW, KARWACKI, BELL and RAKER, JJ.

### ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 5th day of December, 1994.

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted, 99 Md.App. 741, 760.

ELDRIDGE and RAKER, JJ., would not have dismissed as improvidently granted.